THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT CALVIN HENRY,<br><br>  Defendant. | No. CR10-140JLR<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 OF DEFENDANT'S MOTION FOR EXPEDITED RESENTENCING<br><br>~~(PROPOSED)~~ |

THIS MATTER has come before the undersigned on the motion of defendant, Robert Calvin Henry, to file the Sentencing Transcript, Exhibit 1 to Defendant's Motion for Expedited Resentencing, under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Exhibit 1 to Defendant's Motion for Expedited Resentencing under seal.

DATED this 6th day of May, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
s/ *Ann Wagner*
Assistant Federal Public Defenders
Attorneys for Robert Calvin Henry

ORDER GRANTING MOTION TO SEAL
EXHIBIT 1 OF DEFENDANT'S MOTION
FOR EXPEDITED RESENTENCING
(*Robert Calvin Henry;* CR10-140JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100