The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>ROBERT HENRY,<br><br>　　　　　　　Defendant. | NO.  CR10-140JLR<br><br>**ORDER DENYING EARLY TERMINATION** |

THE COURT has considered the motion filed by Robert Henry for early termination of early release.  The motion is DENIED without prejudice to re-filing another motion six months from the date of this Order.

DONE this 24th day of July, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas M. Woods
Thomas M. Woods
Assistant United States Attorney

Order Denying Motion for Early Termination/Henry - 1
(CR10-140JLR)

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98105
(206) 553-7970